UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                      v.<br><br>WU HAIBO,<br>  a/k/a "shutd0wn,"<br>  a/k/a "Boss Wu,"<br>  a/k/a "吴海波,"<br>CHEN CHENG,<br>  a/k/a "lengmo,"<br>  a/k/a "Chief C,"<br>  a/k/a "Jesse Chen,"<br>  a/k/a "陈诚,"<br>LIANG GUODONG,<br>  a/k/a "梁国栋"<br>MA LI,<br>  a/k/a "Mary,"<br>  a/k/a "马丽,"<br>WANG YAN,<br>  a/k/a "crysolo,"<br>  a/k/a "王堰,"<br>WANG ZHE,<br>  a/k/a "ken73224,"<br>  a/k/a "王哲,"<br>ZHOU WEIWEI,<br>  a/k/a "nullroot,"<br>  a/k/a "周伟伟,"<br>XU LIANG,<br>  a/k/a "徐梁,"<br>WANG LIYU,<br>  a/k/a "PICNIC350116,"<br>  a/k/a "王立宇,"<br>SHENG JING,<br>  a/k/a "sjbible,"<br>  a/k/a "盛晶,"<br>                    Defendants. | <u>SEALED ORDER</u><br><br>24 Cr. 687 |

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Matthew Podolsky, by Assistant United States Attorneys Kevin Mead, Ryan B. Finkel, Steven J. Kochevar;

It is found that the Indictment in the above-captioned action, 24 Cr. 687, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed on **March 5, 2025 at 10:00 a.m.**, it is therefore

ORDERED that the Indictment, 24 Cr. 687, in the above-captioned action be unsealed on **March 5, 2025 at 10:00 a.m.**, and, upon unsealing, shall remain unsealed pending further order of the Court.

Dated: New York, New York
       March 4, 2025

_____
THE HONORABLE ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE